**REMAND/JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 18-9999-GW(RAOx) | Date | March 4, 2019 |
| Title | *Ki Ho Yang, et al. v. Plasti Dip International, Inc., et al.* | | |

Present: The Honorable GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Katie E. Thibodeaux | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

None Present

Attorneys Present for Defendants:

J. Kyle Gaines
Adam C. Hackett
Tracy L. Hughes, by telephone

**PROCEEDINGS:** DEFENDANTS THE SHERWIN-WILLIAMS MANUFACTURING COMPANY AND THE SHERWIN-WILLIAMS COMPANY'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND FAILURE TO STATE A CLAIM [7];

PLAINTIFFS' MOTION TO REMAND ACTION TO STATE COURT PURSUANT TO 28 U.S.C. § 1447(c) [13]

Court and counsel confer. Based on Plaintiff's Report [43], and the Tentative issued on February 14, 2019, Plaintiffs' Motion to Remand is GRANTED, and this action is remanded to state court.

: 15

Initials of Preparer JG